Nos. 22-1786, 22-2318

United States Court of Appeals for the Seventh Circuit

| | |
|---|---|
| B.E. and S.E., minor Children by their Mother, legal guardian, and next friend, L.E., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> VIGO COUNTY SCHOOL ORPORATION;  PRINCIPAL, TERRE HAUTE NORTH  HIGH SCHOOL, in his official capacity, <br><br> Defendants-Appellants | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division <br><br> Case No. 2:21-cv-00415-JRS-MG <br><br> Honorable James R. Sweeney II, Judge. <br><br> Appeal No. 22-2318 |
| A.C., a minor child by his next friend mother and legal guardian, M.C., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE, and PRINCIPAL JOHN R. WOODEN MIDDLE SCHOOL, in his official capacity, <br><br> Defendants-Appellants | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division <br><br> Case No. 1:21-cv-2965-TWP-MPB <br><br> Honorable Tanya Walton Pratt, Chief Judge. <br><br> Appeal No. 22-1786 |

**MOTION TO WITHDRAW APPEARANCE OF ATTORNEY OF RECORD**

Shannon Minter hereby requests that this Court withdraw Asaf Orr's appearance as counsel for Amici Curiae Indiana Youth Group & GLSEN as his last

day at the National Center for Lesbian Rights was on February 3, 2023. The appearances of Joseph J. Wardenski counsel of record, Shannon Minter of NCLR, and Christopher Stoll of NCLR, on behalf of Amici Curiae Indiana Youth Group & GLSEN remain in place.

Respectfully submitted,

 /s/ Shannon Minter
Shannon Minter
Christopher Stoll
Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
T: (415) 392-6257
F: (415) 392-8442
E: sminter@nclrights.org
   cstoll@nclrights.org
   aorr@nclrights.org

*Attorneys for Amicus Curiae for Indiana Youth Group & GLSEN*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 3rd day of February 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Shannon Minter
Shannon Minter