# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 6, 2023

*By the Court:*

| No. 22-1786 | A.C., A minor child by his next friend, mother and legal guardian, M.C.,<br>    Plaintiff - Appellee<br>v.<br><br>METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE and FRED KUTRUFF, in his official capacity as Principal of John R. Wooden Middle School,<br>    Defendants - Appellants |
|---|---|
| No. 22-2318 | B. E., and S. E.,<br>    Plaintiffs - Appellees<br>v.<br><br>VIGO COUNTY SCHOOL CORPORATION and PRINCIPAL, TERRE HAUTE NORTH VIGO HIGH SCHOOL,<br>    Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-02965-TWP-MPB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||
| **Originating Case Information:** ||
| District Court No: 2:21-cv-00415-JRS-MG<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney II ||

Upon consideration of the **MOTION TO WITHDRAW APPEARANCE OF ATTORNEY OF RECORD**, filed on February 3, 2023, by attorney Asaf Orr,

**IT IS ORDERED** that the motion is **GRANTED** and attorney Asaf Orr may withdraw from further representation of amici curiae Indiana Youth Group and GLSEN in this matter. Attorney Joseph J. Wardenski shall continue to serve as counsel of record for amici curiae Indiana Youth Group and GLSEN.

form name: **c7_Order_BTC**     (form ID: **178**)